

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Perry, Appellant

No. 06-13-00051-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 42,139-A).   Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.   Therefore, we modify the trial court's judgment to delete the assessment of attorney fees.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Michael Perry, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk